**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Luis PEREZ–GUTIERREZ, Defendant—Appellant.**

No. 00–50716.

D.C. No. CR–00–02030–JNK.

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2001 *.

Submission Vacated July 17, 2001.

Resubmitted Aug. 7, 2002.

Decided Aug. 7, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before RYMER and RAWLINSON, Circuit Judges, and RESTANI, Judge.**

MEMORANDUM ***

Jose Luis Perez–Gutierrez appeals his conviction pursuant to a conditional guilty plea and his sentence for one count of importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960. We have jurisdiction under 28 U.S.C. § 1291 and we affirm.

Perez–Gutierrez's argument that 21 U.S.C. § 960 is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), is foreclosed by *United States v. Mendoza–Paz*, 286 F.3d 1104, 1109–10 (9th Cir.2002).

His argument that the government must prove that Perez–Gutierrez knew the type and quantity of drugs he was importing is foreclosed by *United States v. Carranza*, 289 F.3d 634, 644 (9th Cir.2002).

AFFIRMED.

---

** Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

